# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

Filed: September 17, 2026

| | | |
|---|---|---|
| CHRISTINA K. FEE, | * | |
| Petitioner, | * | No. 19-1979V |
| v. | * | Special Master Young |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | * | |
| Respondent. | * | |

*Jeffrey A. Golvash*, Golvash & Epstein, LLC, Pittsburgh, PA, for Petitioner
*Rachelle Bishop*, United States Department of Justice, Washington, DC, for Respondent

## DECISION AWARDING DAMAGES[1]

On December 30, 2019, Christina Fee ("Petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program ("Vaccine Act" or "the Program"), 42 U.S.C. § 300aa-10 et seq. (2018).[2] Pet., ECF No. 1. She alleged that she developed Guillain-Barré Syndrome ("GBS") as the result of a pneumococcal conjugate ("Prevnar 13") vaccine she received on February 2, 2018. *Id.* at 1. Respondent argued against compensation, asserting that Petitioner could not establish a causation-in-fact claim by a preponderance of the evidence. Resp't's Rept. at 7, ECF No. 20. On February 13, 2026, I issued a Ruling on Entitlement, finding that Petitioner is entitled to compensation. ECF No. 59.

On September 17, 2026, Respondent filed Respondent's Proffer on Award of Compensation ("Proffer"), attached hereto as Appendix A. Proffer, ECF No. 70. Based on the

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

record as a whole, I find the Proffer reasonable and adopt it as the Decision of the Court in awarding damages, on the terms set forth therein.

Pursuant to the terms stated in the Proffer, attached as Appendix A, I award Petitioner:

(1) A lump sum payment of $171,122.62, representing compensation for pain and suffering ($165,000.00) and past unreimbursable expenses ($6,122.62), in the form of an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to Petitioner, Christina Fee.

Proffer at 1–2.

I approve the requested amount for Petitioner's compensation. In the absence of a motion for review filed pursuant to RCFC Appendix B, the clerk of the court **SHALL ENTER JUDGMENT** herewith.[3]

**IT IS SO ORDERED.**

s/Herbrina D. S. Young
Herbrina D. S. Young
Special Master

[3] Pursuant to Vaccine Rule 11(a), entry of judgment is expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

| | | |
|---|---|---|
| CHRISTINA K. FEE,<br><br>Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>Respondent. | ) | No. 19-1979V (ECF)<br>Special Master Young |

**RESPONDENT'S PROFFER ON AWARD OF COMPENSATION**

On December 30, 2019, Christina K. Fee ("petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34 ("Vaccine Act" or "Act"), alleging that her receipt of a pneumococcal conjugate vaccine ("Prevnar 13") on February 2, 2018, caused her to suffer Guillain Barré syndrome. ECF No. 1. On September 17, 2020, the Secretary of Health and Human Services ("respondent") filed a Rule 4(c) Report, recommending against entitlement to compensation. ECF No. 20. On February 13, 2026, the Court issued a Ruling on Entitlement, finding petitioner entitled to compensation. ECF No. 59. Respondent respectfully proposes the following proffer on award of compensation.

**I. Items of Compensation**

A. Pain and Suffering

Respondent proffers that petitioner should be awarded $165,000.00 in pain and suffering. *See* 42 U.S.C. § 300aa-15(a)(4). Petitioner agrees.

B. Past Unreimbursable Expenses

Evidence supplied by petitioner documents that she incurred past unreimbursable expenses related to her vaccine-related injury. Respondent proffers that petitioner should be awarded past unreimbursable expenses in the amount of $6,122.62. *See* 42 U.S.C. § 300aa-15(a)(1)(B). Petitioner agrees.

These amounts represent all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

## II. Form of the Award

Petitioner is a competent adult. Evidence of guardianship is not required in this case. Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment as described below and requests that the Special Master's decision and the Court's judgment award the following: **a lump sum payment of $171,122.62** to be paid through an ACH deposit to petitioner's counsel IOLTA account for prompt disbursement to petitioner, Christina K. Fee.[1]

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JONATHAN D. GUYNN
Acting Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future, unreimbursed expenses; future lost earnings; and future pain and suffering.

JULIA M. COLLISON
Assistant Director
Torts Branch, Civil Division

*/s/ Rachelle P. Bishop*
RACHELLE P. BISHOP
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C. 20044-0146
(202) 616-3662
Rachelle.P.Bishop@usdoj.gov

DATED: September 17, 2026

**CERTIFICATE OF SERVICE**

I certify that today, September 17, 2026, a copy of the foregoing pleading was served by electronic mail to petitioner's counsel of record.

*/s/ Rachelle P. Bishop*